H. G. COTTAR v. THE STATE.

No. 4370.  Decided February 28, 1917.

Final Opinion October 22, 1917.

**Sunday Law—Companion Case.**

Where appellant was convicted of a violation of the Sunday law, for exhibiting in a place for amusement a moving picture show on Sunday, and the question raised as to the invalidity of the law was adversely decided against appellant in a companion case, the judgment must be affirmed.  Davidson, Presiding Judge, dissenting.

Appeal from the County Court of Tarrant.  Tried below before the Hon. Jesse M. Brown.

Appeal from a violation of the Sunday law; penalty, a fine of twenty-five dollars.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This conviction was for violation of article 302, P. C., wherein appellant was convicted for exhibiting in

a place of amusement a moving picture show on Sunday. The majority of the court have held the law constitutional and valid in the Zucarro case, this day decided. I can not concur in will write later for my non-concurrence and file in the Zucarro case. Under the authority of that case this judgment will be affirmed.

*Affirmed.*

[Final dissenting opinion October 22, 1917.—Reporter.]